E-FILED
Friday, 14 October, 2016  03:15:13 PM
Clerk, U.S. District Court, ILCD

CJA 23
5/98

# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF _____ V.S. _____

FOR _____
AT _____

OCT 14 2016
K OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LOCATION NUMBER

| DOCKET NUMBERS |
|---|
| Magistrate  16 - 6059 |
| District Court |
| Court of Appeals |

PERSON REPRESENTED (Show your full name)

Richard Sills

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

Receipt of Child Pornography

| 1 ☐ Defendant—Adult |
| 2 ☐ Defendant - Juvenile |
| 3 ☐ Appellant |
| 4 ☐ Probation Violator |
| 5 ☐ Parole Violator |
| 6 ☐ Habeas Petitioner |
| 7 ☐ 2255 Petitioner |
| 8 ☐ Material Witness |
| 9 ☐ Other |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed?  ☒ Yes  ☐ No  ☐ Am Self-Employed

Name and address of employer: Village of Mapleton (Part time)

IF YES, how much do you earn per month? $ 10 per hr.

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☒ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 970 - pension

SOURCES

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 4,000

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ 175,000

DESCRIPTION
Home - 9100 Deer Tr. Mapleton
3 trucks

**DEPENDENTS**

MARITAL STATUS
_____ SINGLE
_____ MARRIED
_____ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| no debts | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10-6-16

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

s/ Richard Sills